UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| GEORGE GIBSON, | ) | |
| Movant, | ) ) ) | |
| v. | ) | No. 1:15CV200 SNLJ |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Respondent, | ) ) | |

## MEMORANDUM AND ORDER

Before the Court is movant's motion for appointment of counsel, brought pursuant to the Supreme Court case of *Mathis v. United States*, No. 15-6092, 2016 WL 3434400 (U.S. June 23, 2016).

In the case at bar, movant asserts that his conviction under the Arkansas burglary statute does not qualify as a violent felony under § 924(e), because the elements of the Arkansas burglary law are broader than those of generic burglary as defined in *Taylor v. United States*, 495 U.S. 575, 599 (1990). In his motion to vacate his sentence, movant makes the broader argument that he is entitled to a sentence reduction under *Johnson v. United States*, 135 S.Ct. 2551 (2015).

On August 14, 2015, this Court entered an Administrative Order, styled *In Re: Johnson v. United States*. Pursuant to the Administrative Order, the Court will forward movant's § 2255 motion to the Office of the Public Defender for the Eastern District of Missouri, and provide the Public Defender forty-five (45) days to review the said motion and movant's criminal history in order to determine whether movant has a potential argument for a sentence reduction under *Johnson* and/or *Mathis*.

In order to facilitate this process, the Court has issued a separate Administrative Order, authorizing the Clerk of Court and the United States Probation Office to provide to the Office of the Federal Public Defender and to the Office of the United States Attorney any records in their possession, including sealed records from the Court file regarding the movant's criminal history.

If the Public Defender's Office decides movant has a potential argument under *Johnson* and/or *Mathis*, the Public Defender, no later than forty-five (45) days of the date of this Order, should file an amended motion to vacate under § 2255 in this case.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to forward a copy of movant's § 2255 motion to the Office of the Public Defender for the Eastern District of Missouri.

**IT IS FURTHER ORDERED** that the Public Defender shall notify this Court, within forty-five (45) days of the date of this Memorandum and Order, whether it will be pursuing movant's arguments under *Johnson* and/or *Mathis*, either by filing a written notice in this action of their intent not to represent movant, or by filing an amended motion to vacate, brought pursuant to 28 U.S.C. § 2255.

**IT IS FURTHER ORDERED** that the Court shall hold this matter in abeyance for forty-five (45) days.

Dated this 8th day of July, 2016.

/s/ Stephen N. Limbaugh, Jr.
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE