UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| GEORGE GIBSON, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 1:15CV200 SNLJ |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent, ) | |

## **MEMORANDUM AND ORDER**

This matter was stayed, pursuant to *Beckles v. United States*, 15-8544, 2016 WL 1029080, on September 26, 2016. As this matter is stayed pending the outcome of the Supreme Court's decision in *Beckles*, the Court will administratively deny the pending motions, without prejudice at this time.

Accordingly,

**IT IS HEREBY ORDERED** that all pending motions **are DENIED WITHOUT PREJUDICE** pending the outcome of *Beckles v. United States*.

**IT IS FURTHER ORDERED** that movant must give notice to the Court within twenty-eight (28) days of the Court's decision in *Beckles*.

**IT IS FURTHER ORDERED** that the Clerk is directed to administratively close this case.

Dated this 6th day of October, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE