UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| GEORGE GIBSON, | ) | |
| Movant, | ) ) ) | |
| v. | ) | No. 1:15-CV-200 SNLJ |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Respondent, | ) | |

## MEMORANDUM AND ORDER

Before the Court is movant's motion to dismiss this action pursuant to Fed.R.Civ.P.41(a)(2), without prejudice. Respondent has not filed a response to movant's motion to dismiss his motion to vacate, therefore, the Court will grant movant's motion.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion to dismiss this action, without prejudice [Doc. #24] is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED**, without prejudice, pursuant to Fed.R.Civ.P.41(a)(2).

Dated this 21st day of April, 2017.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE